NO. 01-14-00145-CR

## IN THE COURT OF CRIMINAL APPEALS

## OF THE STATE OF TEXAS

**ROMELLE HAWKINS**, Appellant

VS.

**THE STATE OF TEXAS**, Appellee

## PETITIONER'S MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW ROMELLE HAWKINS, Petioner, and files this motion for an extension

of time in which to file his petition for discretionary review.  In support of this motion,

Petitioner  shows the court the following:

### I

This appeal lies from the Petitioner's conviction in *The State of Texas v. Romelle*

*Hawkins* which was affirmed by the First Court of Appeals in Cause No. 01-14-00145-

CR on December 4, 2014. This is Petitioner's first request for an extension to file the

petition for discretionary review.

### II

Petitioner is presently incarcerated in TDCJ and received the Court of Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 21 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JAN 23 2015

Abel Acosta, Clerk

opinion on the 24 day of December, 2014. Petitioner needs additional time to review the Court of Appeals opinion and prepare his petition for discretionary review.

This request is not made for delay but so justice may be done

WHEREFORE, Appellant prays the court grant this motion and extend the deadline for filing the petition for discretionary review.

RESPECTFULLY SUBMITTED,

Romelle Hawkins
TDCJ # 1911528

Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been delivered to the Harris County District Attorney by epositing same in the U.S. Mail on the 24 day of December, 20 14.

I hereby certify that a true and correct copy of the above and foregoing instrument has been delivered to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 by U.S. mail this the 24 day of December, 20 14.

Romelle Hawkins